THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CALVIN MAYS, Appellant.

Submitted October 31, 2011; decided November 15, 2011

Motion for assignment of counsel granted and Timothy P. Donaher, Esq., Monroe County Public Defender, 10 N. Fitzhugh Street, Rochester, New York 14614 assigned as counsel to the appellant on the appeal herein.